**Yervand MINASYAN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–73839.

United States Court of Appeals, Ninth Circuit.

Submitted July 19, 2010.*

Filed July 29, 2010.

John D. Friedman, Esquire, Law Offices of John D. Friedman, Glendale, CA, for Petitioner.

Oil, Anthony W. Norwood, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

MEMORANDUM **

Yervand Minasyan, a native and citizen of Armenia, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence. *Lim v. INS,* 224 F.3d 929, 933 (9th Cir.2000). We grant the petition for review and remand.

Minasyan credibly testified that he was arrested, beaten, and questioned about his faith by police after showing a religious film to congregation members at a movie theater. Minasyan also testified that he was detained, interrogated and beaten by police and told to forget about his faith after gathering with other congregation members in a friend's home to sing hymns. As well, Minasyan was arrested and beaten by police at his father's house while they were praying, reading the bible, and praising God.

Substantial evidence does not support the BIA's finding that Minasyan failed to establish past persecution because his credible testimony, *see Kataria v. INS,* 232 F.3d 1107, 1114 (9th Cir.2000), established the police arrested and beat him three times, at least in part, on account of his religion. *See Ahmed v. Keisler,* 504 F.3d 1183, 1194 (9th Cir.2007); *Mihalev v. Ashcroft,* 388 F.3d 722, 727–30 (9th Cir. 2004).

Minasyan is therefore entitled to a presumption that he holds a well-founded fear of persecution. *See Ladha v. INS,* 215 F.3d 889, 897 (9th Cir.2000). Accordingly, we remand for further proceedings consistent with this disposition. *See INS v. Ven-*

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*tura,* 537 U.S. 12, 16–18, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.